THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
DOMINICK DI MAGGIO, Respondent.

*Crimes — appeal — reversal by Appellate Division of judgment of conviction — appeal by People, without permission, to Court of Appeals, dismissed.*

People v. *Di Maggio*, 221 App. Div. 17, appeal dismissed.
(Submitted November 28, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered July 5, 1927, which reversed a judgment of the
Court of General Sessions of the county of New York
rendered upon a verdict convicting the defendant of the
crime of illegally carrying a dangerous weapon, dismissed
the indictment and directed the discharge of defendant
from custody.

*Joab H. Banton,* District Attorney (*Robert C. Taylor* of
counsel), for appellant.

*K. Henry Rosenberg* for respondent.

Appeal dismissed on authority of People v. *Kevlon* (247
N. Y. 192).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN and O'BRIEN, JJ.   Not sitting: KELLOGG, J.